# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00478-017-TUC-JGZ (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Andrei Rene Garcia, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Leslie A. Bowman that recommends denying Defendant Andrei Rene Garcia's Motion to Suppress. (Doc. 857.) A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

//
//
//
//

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Bowman's Report and Recommendation (Doc. 857) is accepted and adopted;

2. Defendant's Motion to Suppress Statements (Doc. 749) is DENIED.

Dated this 27th day of September, 2017.

_____
Honorable Jennifer G. Zipps
United States District Judge